Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50184 | **DATE** | 6/9/2005 |
| **CASE TITLE** | Clark vs. Boys and Girls Club of America, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Plaintiffs' 5/6/05 Motion to Compel/Strike to Defendants Boys and Girls Club Association of Rockford and Cain is granted in part and denied in part. Defendant Cain shall produce within twenty-one days of receipt of this Order materials responsive to Request 25 within his control. Defendant BGCAR shall within twenty-one days of receipt of this Order: (1) make available for attorney eyes only review documents responsive to Plaintiffs' Requests 12, 16, and 17 at a reasonable time and a reasonable place; and (2) produce a more detailed answer to Interrogatory #3. Plaintiffs' Motion compelling any further production is denied.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|